# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CRAIG FROST, a/k/a Craig Robert Frost, Sr.,<br><br>　　　　　　Defendant. | No. 2:15-CR-075-RMP<br><br>ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE TO LIFT CURFEW |

Before the Court is Defendant's Unopposed Motion to Modify Conditions of Pretrial Release. ECF No. 33.

Defendant seeks removal of curfew for the reasons that it is overly-burdensome and unnecessary. Neither the United States nor the U.S. Probation Office object to the Defendant's request to remove the curfew restriction. Accordingly,

**IT IS ORDERED** Defendant's Unopposed Motion to Modify Conditions of Pretrial Release, **ECF No. 33**, is **GRANTED**. The condition of pretrial release requiring a curfew is removed.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

DATED December 14, 2015.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1