FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 20, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CRAIG FROST, also known as Craig Robert Frost, Sr.<br><br>Defendant. | NO: 2:15-CR-75-RMP-1<br><br>ORDER GRANTING GOVERNMENT'S ORAL MOTION TO DISMISS PURSUANT TO FED. R. CRIM. P. 48(A) |

The Court held a status conference in this matter on April 20, 2021. Defendant Craig Frost, who is released from custody, appeared and was represented by Federal Public Defender J. Stephen Roberts, Jr. Assistant United States Attorneys James A. Goeke and Brian M. Donovan appeared on behalf of the Government. Defendant, counsel, the U.S. Probation Office, and the Court participated in the hearing by video conference. *See* General Order No. 2021-5 (E.D. Wash. March 19, 2021); CARES Act, Pub. L. No. 116-136; and State of Washington Office of the Governor, Proclamation 20-25.6, *"Safe Start – Stay Healthy" County-by-County Phased Reopening* (Jul. 7, 2020).

ORDER GRANTING GOVERNMENT'S ORAL MOTION TO DISMISS PURSUANT TO FED. R. CRIM. P. 48(A) ~ 1

At the outset of the hearing the Court acknowledged, based on the Government's April 7, 2021, response, ECF No. 93, to the Court's Order to Show Cause, ECF No. 92, that the Pre-Trial Diversion Agreement in this matter is no longer in effect. The Government then orally moved to dismiss without prejudice the Indictment. Defendant had no objection to dismissal and requested that his passport be returned, as he is no longer subject to pretrial supervision. The Government agreed.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Government's oral Motion to Dismiss Pursuant to Rule 48(a) is **GRANTED**.

2. The Indictment, **ECF No. 1**, is **dismissed without prejudice**.

3. All upcoming deadlines and hearings are vacated.

4. As Defendant is no longer under pretrial supervision, the U.S. Probation Office shall return Defendant's passport to him immediately.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order and provide copies to counsel.

**DATED** April 20, 2021.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER GRANTING GOVERNMENT'S ORAL MOTION TO DISMISS PURSUANT TO FED. R. CRIM. P. 48(A) ~ 2